# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIO BLADIMIR TREJO,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 84188

**FILED**

FEB 24 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial "motion to dismiss case/prosecutorial misconduct and perjury." Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

Because no statute or court rule provides for an appeal from an order denying a pretrial "motion to dismiss case/prosecutorial misconduct and perjury", this court lacks jurisdiction to consider this appeal. NRS 177.015(1)(b) (stating that State or defendant may appeal from an order *granting* a motion to dismiss); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-06093

cc:  Hon. Erika D. Ballou, District Judge
    Mario Bladimir Trejo
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A